# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: 09-30974 DSO Judge: DANIEL S. OPPERMAN | Trustee Name: | Collene K. Corcoran, Trustee |
| Case Name: CECI, JOHN R | Date Filed (f) or Converted (c): | 02/27/09 (f) |
| | 341(a) Meeting Date: | 04/13/09 |
| For Period Ending: 06/11/09 | Claims Bar Date: | NOT REQUIRED AT THIS TIME |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 550.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING AND SAVINGS ACCOUNT WITH FIRST NATIONAL B | 900.00 | 0.00 | DA | 0.00 | FA |
| 3. BUSINESS CHECKING ACCOUNT WITH FIRST NATIONAL BANK | 1,630.00 | 0.00 | DA | 0.00 | FA |
| 4. PAYPAL BANK ACCOUNT | 55.46 | 0.00 | DA | 0.00 | FA |
| 5. FULL TILT BANK ACCOUNT | 595.79 | 0.00 | DA | 0.00 | FA |
| 6. ULTIMATE BET ACCOUNT | 93.51 | 0.00 | DA | 0.00 | FA |
| 7. SECURITY DEPOSIT WITH VERNA SOMERVILLE, 5150 OLD H | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. STEREO (500) TV ($300) COMPUTER (500) BOOKSHELFS ( | 2,050.00 | 0.00 | DA | 0.00 | FA |
| 9. 300 CD'S 200 BOOKS 100 LPS | 600.00 | 0.00 | DA | 0.00 | FA |
| 10. 5 SUITS / ASSORTED CLOTHING | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. DIGITAL CAMERA (200) BASEBALL GLOVE AND SHOES (100 | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. OWNERSHIP INTEREST IN JOHN CECI PLLC | 7,000.00 | Unknown | | 0.00 | Unknown |
| 13. 1996 HONDA ACCORD | 2,600.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $18,174.76 | $0.00 | | $0.00 | $0.00 |

Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING BUSINESS.

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/11

/s/  Collene K. Corcoran, Trustee    Date: 06/11/09

COLLENE K. CORCORAN, TRUSTEE
PO BOX 535
OXFORD, MI  48371
Phone: (248) 969-9300
Email: ccorcoran@epiqtrustee.com