# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | | |
|---|---|---|
| Case No: 09-30974 DSO Judge: DANIEL S. OPPERMAN | Trustee Name: | Collene K. Corcoran, Trustee |
| Case Name: CECI, JOHN R | Date Filed (f) or Converted (c): | 02/27/09 (f) |
| | 341(a) Meeting Date: | 04/13/09 |
| For Period Ending: 03/31/10 (2nd reporting period for this case) | Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 550.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING AND SAVINGS ACCOUNT WITH FIRST NATIONAL B | 900.00 | 0.00 | DA | 0.00 | FA |
| 3. BUSINESS CHECKING ACCOUNT WITH FIRST NATIONAL BANK | 1,630.00 | 0.00 | DA | 0.00 | FA |
| 4. PAYPAL BANK ACCOUNT | 55.46 | 0.00 | DA | 0.00 | FA |
| 5. FULL TILT BANK ACCOUNT | 595.79 | 0.00 | DA | 0.00 | FA |
| 6. ULTIMATE BET ACCOUNT | 93.51 | 0.00 | DA | 0.00 | FA |
| 7. SECURITY DEPOSIT WITH VERNA SOMERVILLE, 5150 OLD H | 300.00 | 0.00 | DA | 0.00 | FA |
| 8. STEREO (500) TV ($300) COMPUTER (500) BOOKSHELFS ( | 2,050.00 | 0.00 | DA | 0.00 | FA |
| 9. 300 CD'S 200 BOOKS 100 LPS | 600.00 | 0.00 | DA | 0.00 | FA |
| 10. 5 SUITS / ASSORTED CLOTHING | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. DIGITAL CAMERA (200) BASEBALL GLOVE AND SHOES (100 | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. OWNERSHIP INTEREST IN JOHN CECI PLLC | 7,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 13. 1996 HONDA ACCORD | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 14. ACCOUNTS RECEIVABLE (u) | 0.00 | 5,000.00 | | 1,900.00 | 3,100.00 |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown |
| TOTALS (Excluding Unknown Values) | $18,174.76 | $7,000.00 | | $1,900.18 | Value of Remaining Assets $5,100.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

APPLICATION TO COMPROMISE RE: ACCOUNT RECEIVABLE JUDGMENT PENDING - ORDER ENTERED - RECEIVING PAYMENTS; TRUSTEE INVESTIGATING BUSINESS.

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/11

/s/ Collene K. Corcoran, Trustee
_____ Date: 04/27/10
COLLENE K. CORCORAN, TRUSTEE
PO BOX 535
OXFORD, MI  48371
Phone: (248) 969-9300
Email: ccorcoran@epiqtrustee.com

| Case No: | 09-30974 -DSO | | Trustee Name: | Collene K. Corcoran, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | CECI, JOHN R | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******1622 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5406 | | | |
| For Period Ending: | 03/31/10 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/09 | 14 | LINDA JOHNSON MONEY ORDER | PER ORDER DATED 9/29/09 | 1221-000 | 100.00 | | 100.00 |
| 09/25/09 | 14 | LINDA JOHNSON MONEY ORDER | PER ORDER DATED 9/29/09 | 1221-000 | 100.00 | | 200.00 |
| 10/29/09 | 14 | LINDA JOHNSON 1073 E. BARRON HOWELL, MI 48855 | PER ORDER DATED 9/29/09 | 1221-000 | 100.00 | | 300.00 |
| 11/30/09 | 14 | LINDA JOHNSON 1073 E. BARRON HOWELL, MI 48855 | PER ORDER DATED 9/29/09 | 1221-000 | 1,200.00 | | 1,500.00 |
| 11/30/09 | 15 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,500.01 |
| 12/31/09 | 15 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,500.05 |
| 01/04/10 | 14 | LINDA JOHNSON 1073 E. BARRON HOWELL, MI 48855 | PER ORDER DATED 9/29/09 | 1221-000 | 100.00 | | 1,600.05 |
| 01/29/10 | 15 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,600.09 |
| 02/01/10 | 14 | LINDA JOHNSON 1073 E. BARRON HOWELL, MI 48855 | PER ORDER DATED 9/29/09 | 1221-000 | 150.00 | | 1,750.09 |
| 02/26/10 | 15 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,750.13 |
| 03/04/10 | 14 | LINDA JOHNSON 1073 E. BARRON HOWELL, MI 48855 | PER ORDER DATED 9/29/09 | 1221-000 | 150.00 | | 1,900.13 |
| 03/31/10 | 15 | Bank of America | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.18 |

| Account | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| *******1622 | 7 | Deposits | 1,900.00 | | 0 Adjustments Out | 0.00 |
| | 5 | Interest Postings | 0.18 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 1,900.18 | | | |
| | | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 1,900.18 | | | |