UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                            Case No.: 09-30974
JOHN R CECI                               Chapter 7
                                                             Hon. Daniel S. Opperman

**Debtor(s).**
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

     The attached check in the amount of $0.41 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| American Express Bank FSB #XXX1007 c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 6 | $0.41 |
| **Total** | | $0.41 |

Dated: 11/1/11

                                                                              /s/ Collene K. Corcoran, Trustee
                                                                              Collene K. Corcoran, Trustee
                                                                              PO Box 535
                                                                              Oxford, MI 48371
                                                                              (248) 969-9300
                                                                              ccorcoran@epiqtrustee.com